IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL DONETS, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 1-20-cv-03551 |
| Plaintiff, | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| VIVID SEATS LLC, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT VIVID SEATS LLC**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the United States District Court of the Northern District of Illinois, Defendant Vivid Seats LLC states that it is a privately-held limited liability company with no parent corporation and no publicly-held affiliates.

Dated: July 8, 2020

Respectfully submitted,

/s/ *Robert C. Collins III*
Robert C. Collins III, one of the Attorneys for Defendant Vivid Seats LLC

Mark S. Mester (Illinois Bar No. 6196140)
  mark.mester@lw.com
Robert C. Collins III (Illinois Bar No. 6304674)
  robert.collins@lw.com
Renatta A. Gorski (Illinois Bar No. 6332737)
  renatta.gorski@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

1

## CERTIFICATE OF SERVICE

I, Robert C. Collins III, certify that on July 8, 2020, a true and correct copy of the foregoing Corporate Disclosure Statement Of Vivid Seats LLC was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Robert C. Collins III*
Robert C. Collins III, One of the attorneys for Defendant Vivid Seats LLC

Robert C. Collins III (Illinois Bar No. 6304674)
  robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767