## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Samuel Donets

                Plaintiff,

v.                                             Case No.: 1:20–cv–03551
                                                      Honorable Franklin U. Valderrama

Vivid Seats LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 29, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiff's motion to lift the stay for the limited purpose of granting relief under Federal Rule of Civil Procedure 23(d)(1). [43]. Plaintiff's motion is granted in part to the extent that the stay entered on December 15, 2020 [37] is lifted for purposes of resolving Plaintiff's motion [43]. Defendant is directed to file a response to Plaintiff's motion by 8/12/2021, and Plaintiff is directed to file a reply by 8/19/2021. The Court will rule on the substantive relief requested under Rule 23(d)(1) in Plaintiff's motion once it is fully briefed. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.