## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Samuel Donets

                Plaintiff,

v.                                   Case No.: 1:20–cv–03551
                                               Honorable Franklin U. Valderrama

Vivid Seats LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Plaintiff's unopposed motion for leave to file a response to Defendant's objections and suggested changes to the proposed corrective notice [54] is granted. Plaintiff is permitted to file a four–page response to address Defendant's objections and suggested changes, and to attach an amended corrective notice. By 6/21/2022, Plaintiff is directed to file the response and amended notice on the docket, and to send a Word version of the amended corrective notice to the Court's Proposed Order inbox. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.